**Opinion issued February 21, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00784-CV

————————————

**VON'S MECHANIC SHOP AND BYRON BERNARD VAUGHN, Appellants**

**V.**

**DISCOUNT AUTO BROKERS, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1106520**

---

## MEMORANDUM OPINION

Appellants have filed a "Notice of Nonsuit" asking that we dismiss the case without prejudice. We interpret their filing as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c). Further, although appellants failed to include a certificate of conference in their

motion, appellants' motion includes a certificate of service, more than 10 days have passed since the motion was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.